## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA CAREY, | No. 4:20-CV-00929 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| WEAVER, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

### SEPTEMBER 22, 2021

Plaintiff filed the instant action in May 2020, and it was jointly assigned to the undersigned and to a magistrate judge.  Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[1]   Once filed, this report and recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[2]

On August 25, 2021, Magistrate Judge Martin C. Carlson, to whom this matter is jointly assigned, issued a thorough report and recommendation recommending that the action be dismissed.

On September 17, 2021, the Plaintiff objected to the report and recommendation (Doc. 42). In his objection, the Plaintiff reiterates the claims that

---

[1]   28 U.S.C. § 636(b)(1)(B).
[2]   28 U.S.C. § 636(b)(1).

he made in his opposition to the motion for summary. Regardless of whether timely objections are made by a party, the District Court may accept, not accept, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[3]

Because I write solely for the parties, I will not restate the facts, but will instead adopt the recitation of facts as set forth by the magistrate judge. I have conducted a de novo review here and found no error.

**AND NOW, IT IS HEREBY ORDERED** that:

1.  Magistrate Judge Carlson's Report and Recommendation (Doc. 41) is **ADOPTED in full**.

2.  The Defendants' motion for summary judgment (Doc. 25) is **GRANTED**; and the Plaintiff's complaint is **DISMISSED**.

3.  The Clerk of Court is directed to close the case file.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge

---

[3]   28 U.S.C. § 636(b)(1); Local Rule 72.31.